IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JANIKA FERNAE BATES, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv580-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 25) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 24) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 14th day of September, 2015.**

                                                    __/s/ Myron H. Thompson____
                                                    **UNITED STATES DISTRICT JUDGE**